In the Matter of HENRY G. McGIVNEY, Appellant, against EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.

(Argued October 19, 1931; decided November 17, 1931.)

**606**

*Francis L. Driscoll* and *John Taylor Breen* for appellant.
*Arthur J. W. Hilly, Corporation Counsel* (*J. Joseph Lilly, Charles E. Ramsgate* and *William E. C. Mayer* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.